```
                      UNITED STATES DISTRICT COURT

                     EASTERN DISTRICT OF CALIFORNIA


SCOTT N. JOHNSON,                   No. 2:12-cv-00903-MCE-JFM

          Plaintiff,

     v.                             NON-RELATED CASE ORDER

SHAKEEL AHMAD, et al.,

          Defendants.
_____/
ROBERT KALANI,

          Plaintiff,                No. 2:13-cv-00901-KJM-KJN

     v.

HARBOR FREIGHT TOOLS USA,
INC., et al.,

          Defendants.
_____/
```

The court has received the Notice of Related Cases concerning the above-captioned cases filed June 20, 2013.  See Local Rule 123, E.D. Cal. (1997).  The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

1

1 This order is issued for informational purposes only, and shall
2 have no effect on the status of the cases, including any previous
3 Related (or Non-Related) Case Order of this Court.
4     IT IS SO ORDERED.
5 Date: June 25, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT