SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| Scott N. Johnson | ) Case No. **2:12-cv-00903-MCE-AC** |
|---|---|
| Plaintiff; | ) **ORDER RE: STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| Shakeel Ahmad, et al, | |
| Defendants | |

The above-entitled action is hereby dismisSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. Rule 41(a)(1).

IT IS SO ORDERED.

Dated: April 15, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT